**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
Email: dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
ANGELA M. MACHALA (State Bar No. 224496)
Email: amachala@scheperkim.com
AMOS A. LOWDER (State Bar No. 269362)
Email: alowder@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant
Eric Rose**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN C. MULLIGAN, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ERIC ROSE, an individual,<br><br>  Defendant. | CASE NO. 2:13cv08298-SVW (AGRx)<br><br>**JUDGMENT**<br><br>Judge: Stephen V. Wilson<br>Date:  N/A<br>Time:  N/A<br>Ctrm.: 6<br><br>Action Filed:  11/07/2013<br>Trial Date:    None Set |

## JUDGMENT

For good cause showing, the Court enters judgment in favor of defendant Eric Rose's ("Rose") Motion to Dismiss Plaintiff's Complaint on the grounds that collateral estoppel bars Plaintiff's suit against Defendant Rose, and Plaintiff has thus failed to state a claim upon which relief can be granted.

**IT IS SO ORDERED.**

DATED: May 23, 2014

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT COURT

DATED: May 23, 2014          Respectfully submitted,

SCHEPER KIM & HARRIS LLP
DAVID C. SCHEPER
ALEXANDER H. COTE
ANGELA M. MACHALA
AMOS A. LOWDER

By: /s/ David C. Scheper
     David C. Scheper
     Attorneys for Defendant
     Eric Rose